# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-263
_____

TOMMY LEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Duval County.
Michael I. Bateh, Judge.

September 23, 2021

PER CURIAM.

AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Janet E. Johnson of Janet E. Johnson, P.A., Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.